AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00411 |
| Daniel Lyons Scott | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 4/29/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(F) - Disorderly Conduct and Act of Physical Violence on Capitol Grounds,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 111(a)(1) - Assault on a federal officer with physical contact and intent to commit another felony.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Quintero, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/29/2021__

*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*